IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: DON C. WILLIAMS<br>**Debtor(s)** | )<br>)<br>) CHAPTER 13 |
| CREDIT ACCEPTANCE CORPORATION<br>**Moving Party** | )<br>) Case No.: 20-14534 (AMC)<br>) |
| v. | )<br>) |
| DON C. WILLIAMS<br>**Respondent(s)** | )<br>)<br>) |
| KENNETH E. WEST<br>**Trustee** | )<br>)<br>)<br>)<br>) |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtor in settlement of the Objection To Confirmation, and filed on or about November 19, 2021 in the above matter is APPROVED.

Dated:

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

**Date: November 23, 2021**