United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14534-amc |
| Don C. Williams | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 23, 2021 | Form ID: 155 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Don C. Williams, 6411 Saybrook Avenue, Philadelphia, PA 19142-2320 |
| 14563231 | + | 1stprogress/1stequity/, Po Box 84010, Columbus, GA 31908-4010 |
| 14576470 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14576394 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 14566191 | + | Community Loan Servicing, LLC, c/o Janet M. Spears, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| 14572663 | + | Credit Acceptance Corporation, c/o William E. Craig, Esq., Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14563237 | | MORRIS & ADELMAN, P.C., 201 N. PRESIDENTIAL BLVD SUITE, P.O. BOX 2235, Bala Cynwyd, PA 19004-6235 |
| 14575612 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14563238 | | Pennsylvania Dept. of Labor & Industry, Office of UC Benefits, P.O. Box 67503, Harrisburg, PA 17106-7503 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14563232 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 23 2021 23:26:00 | Bayview Financial Loan, Attn: Customer Service Dept, 4425 Ponce De Leon Blvd, 5th Floor, Miami, FL 33146-1873 |
| 14565995 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 23 2021 23:26:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 14585458 | | Email/Text: megan.harper@phila.gov | Nov 23 2021 23:27:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14572487 | | Email/Text: ebnnotifications@creditacceptance.com | Nov 23 2021 23:26:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, Southfield, MI 48034 |
| 14563233 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2021 23:28:46 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14563838 | + | Email/Text: bankruptcy@cavps.com | Nov 23 2021 23:27:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14563304 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 23 2021 23:26:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14563234 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 23 2021 23:26:00 | Credit Acceptance, P.O. Box 5142, Southfield, MI 48086-5142 |
| 14563235 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Nov 23 2021 23:26:00 | Freedoom Credit Union, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14563236 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Nov 23 2021 23:26:00 | Freedom Credit Union, 10400 Drummond Road, Philadelphia, PA 19154-3895 |
| 14565735 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2021 23:29:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14565464 | | Email/PDF: cbp@onemainfinancial.com | Nov 23 2021 23:28:58 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. |

47731-3251

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2021      Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2021 at the address(es) listed below:

**Name** | **Email Address**

DAVID M. OFFEN
    on behalf of Debtor Don C. Williams dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor Metropolitan Life Insurance Company c/o Community Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROBERT MITCHELL MORRIS
    on behalf of Creditor Freedom Credit Union mail@morrisadelman.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Don C. Williams
    Debtor(s)

Chapter: 13
Bankruptcy No: 20−14534−amc

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this November 23,2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                 Ashely M. Chan
                                                 Judge ,
                                                 United States Bankruptcy Court