United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14534-amc |
| Don C. Williams | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Don C. Williams, 6411 Saybrook Avenue, Philadelphia, PA 19142-2320 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: ebnnotifications@creditacceptance.com | Nov 23 2021 23:26:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, Southfield, MI 48034 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Nov 25, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Don C. Williams dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Metropolitan Life Insurance Company c/o Community Loan Servicing LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 2

ROBERT MITCHELL MORRIS
    on behalf of Creditor Freedom Credit Union mail@morrisadelman.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re: DON C. WILLIAMS             )
    **Debtor(s)**             )
                 ) CHAPTER 13
CREDIT ACCEPTANCE CORPORATION )
    **Moving Party**             ) Case No.: 20-14534 (AMC)
                 )
    v.             )
                 )
DON C. WILLIAMS             )
    **Respondent(s)**             )
                 )
KENNETH E. WEST             )
    **Trustee**             )
                 )
                 )

**ORDER APPROVING STIPULATION**

    IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtor in settlement of the Objection To Confirmation, and filed on or about November 19, 2021 in the above matter is APPROVED.

Dated:

BY THE COURT:

**Date: November 23, 2021**

_____
UNITED STATES BANKRUPTCY JUDGE