**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    Don C. Williams,<br>                Debtor. | Chapter 13 |
| Metropolitan Life Insurance Company,<br>                Movant,<br>vs.<br>Don C. Williams,<br>                Debtors / Respondents,<br><br>and<br>KENNETH E. WEST,<br>                Trustee / Respondent. | Case No.: 20-14534-amc<br><br>Hearing Date: July 18, 2023<br>Time: 11:00 a.m. |

\* \* \* \* \* \* \*

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

      Metropolitan Life Insurance Company has filed a Motion for Relief from the Automatic Stay with the Court for leave to enforce its rights as determined by state and/or other applicable law with regard to real property.

      **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

      1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **July 3, 2023,** you or your attorney must do <u>all</u> of the following:

            (a)    file an answer explaining your position at:

                United States Bankruptcy Court
                Eastern District of Pennsylvania
                900 Market Street, Suite 400
                Philadelphia, PA 19107

  (b)  mail a copy to the Movant's attorney:

    Roger Fay, Esquire
    Milstead & Associates, LLC
    14000 Commerce Parkway, Suite H
    Mount Laurel, NJ 08054
    Phone No.: 856-724-1888
    Fax No.: 856-793-9130

  (a)  mail a copy to the Chapter 13 Trustee:

    KENNETH E. WEST
    Office of the Chapter 13 Standing Trustee
    1234 Market Street - Suite 1813
    Philadelphia, PA 19107

  2.  If you or your attorney do not take the steps described in paragraphs 1(a), 1(b) and 1(c) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

  3.  A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on **July 18, 2023 at 11:00 a.m.** in Courtroom 4 of Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

  4.  If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5.  You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer to the Motion.

            Respectfully submitted,
            MILSTEAD & ASSOCIATES, LLC

DATED: June 15, 2023       /s/ Roger Fay, Esq., ID No. 315987
            rfay@milsteadlaw.com
            14000 Commerce Parkway, Suite H
            Mount Laurel, NJ 08054
            (856) 482-1400
            Attorneys for Movant