IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              : Chapter 13

Don C. Williams                     : Case No. 20-14534-amc

    Debtor(s)

ANSWER TO MOTION OF RELIEF FROM THE AUTOMATIC STAY OF
Metropolitan Life Insurance Company
<u>AND CERTIFICATE OF SERVICE</u>

    1.  Debtor missed payments due to difficult circumstances and asks for a chance to get caught up.

    WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief from Automatic Stay.

<u>/s/ David M. Offen</u>
David M. Offen Esquire
Attorney for Debtor

Dated:  June 23, 2023

    A copy of this Answer is being served on ROGER FAY, Esquire and the Chapter 13 Trustee.