UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                                                                    CASE NO.: 20-14534
                                                                                                                      CHAPTER 13

**Don C. Williams,**
   **Debtor.**

_____/

### REQUEST FOR SERVICE

     **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Metropolitan Life Insurance Company ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                        Authorized Agent for Secured Creditor
                                        13010 Morris Road, Suite 450
                                        Alpharetta, GA 30004
                                        Telephone: 470-321-7112

                                        By: /s/Cristina DiGiannantonio
                                            Cristina DiGiannantonio
                                            Email: cdigiannantonio@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 20, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DON C. WILLIAMS
6411 SAYBROOK AVENUE
PHILADELPHIA, PA 19142

And via electronic mail to:

DAVID M. OFFEN
THE CURTIS CENTER,
601 WALNUT STREET, SUITE 160 WEST
PHILADELPHIA, PA 19106

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Angela Gill