**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    Don C. Williams,<br>                    Debtor. | Chapter 13 |
| Metropolitan Life Insurance Company,<br>                  Movant,<br>vs.<br>Don C. Williams,<br>                Debtors / Respondents,<br>and<br>KENNETH E. WEST,<br>              Trustee / Respondent. | Case No.: 20-14534-amc<br><br>Hearing Date: August 22, 2023<br>Time: 11:00 a.m. |

**PRAECIPE TO WITHDRAW**

NOW COMES, Metropolitan Life Insurance Company, by and through the undersigned counsel, and hereby withdraws the Motion for Relief from Automatic Stay and Notice of Motion, Response Deadline and Hearing Date (document numbers 47 & 48).  Said Motion is being withdrawn without prejudice.

                                                Respectfully submitted,
                                                MILSTEAD & ASSOCIATES, LLC

DATED:  August 17, 2023

                                                /s/ Roger Fay, Esq., ID No. 315987
                                                rfay@milsteadlaw.com
                                                14000 Commerce Parkway, Suite H
                                                Mount Laurel, NJ 08054
                                                (856) 724-1888
                                                Attorneys for Movant

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    Don C. Williams,<br>                        Debtor. | Chapter 13 |
| Metropolitan Life Insurance Company,<br>                        Movant,<br>vs.<br>Don C. Williams,<br>                        Debtors / Respondents,<br>and<br>KENNETH E. WEST,<br>                        Trustee / Respondent. | Case No.: 20-14534-amc |

**CERTIFICATION OF SERVICE**

      Roger Fay, Esquire counsel for Metropolitan Life Insurance Company, hereby certifies that a copy of the Praecipe to Withdraw Motion for Relief from the Automatic Stay and Notice of Motion, Response Deadline and Hearing Date was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on August 17, 2023, addressed as follows:

| | |
|---|---|
| KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107<br>*via electronic transmission and regular mail* | David M. Offen, Esquire<br>The Curtis Center<br>601 Walnut Street<br>Suite 160 West<br>Philadelphia, PA 19106<br>*via electronic transmission and regular mail* |
| Don C. Williams<br>6411 Saybrook Avenue<br>Philadelphia, PA 19142<br>*via regular mail* | |

                                              Respectfully submitted,
                                              MILSTEAD & ASSOCIATES, LLC

DATED: August 17, 2023                /s/ Roger Fay, Esq., ID No. 315987
                                              rfay@milsteadlaw.com
                                              14000 Commerce Parkway, Suite H
                                              Mount Laurel, NJ 08054
                                              (856) 482-1400
                                              Attorneys for Movant