Certificate Number: 12433-PAE-DE-038718897

Bankruptcy Case Number: 20-14534



12433-PAE-DE-038718897

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 30, 2024, at 7:08 o'clock PM EDT, Don C. Williams completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 30, 2024            By:  /s/Lisa Susoev

                                Name:  Lisa Susoev

                                Title:  Teacher