United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14534-amc |
| Don C. Williams | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 01, 2024 | Form ID: 138OBJ | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Don C. Williams, 6411 Saybrook Avenue, Philadelphia, PA 19142-2320 |
| 14563231 | + | 1stprogress/1stequity/, Po Box 84010, Columbus, GA 31908-4010 |
| 14572663 | #+ | Credit Acceptance Corporation, c/o William E. Craig, Esq., Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14563237 | | MORRIS & ADELMAN, P.C., 201 N. PRESIDENTIAL BLVD SUITE, P.O. BOX 2235, Bala Cynwyd, PA 19004-6235 |
| 14724450 | + | Metropolitan Life, c/o Roger Fay, Esq., 1 E Stow Road, Marlton, NJ 08053-3118 |
| 14563238 | | Pennsylvania Dept. of Labor & Industry, Office of UC Benefits, P.O. Box 67503, Harrisburg, PA 17106-7503 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 02 2024 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 02 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14563232 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 02 2024 00:16:00 | Bayview Financial Loan, Attn: Customer Service Dept, 4425 Ponce De Leon Blvd, 5th Floor, Miami, FL 33146-1873 |
| 14565995 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 02 2024 00:16:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 14585458 | | Email/Text: megan.harper@phila.gov | Aug 02 2024 00:17:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14572487 | | Email/Text: ebnnotifications@creditacceptance.com | Aug 02 2024 00:16:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, Southfield, MI 48034 |
| 14563233 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2024 00:46:02 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14576394 | + | Email/Text: bnc@bass-associates.com | Aug 02 2024 00:16:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 14576470 | + | Email/Text: bnc@bass-associates.com | Aug 02 2024 00:16:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14563838 | + | Email/Text: bankruptcy@cavps.com | Aug 02 2024 00:17:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste |

Case 20-14534-amc   Doc 64   Filed 08/03/24   Entered 08/04/24 00:37:51   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 01, 2024 | Form ID: 138OBJ | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 400, Valhalla, NY 10595-2321 |
| 14566191 | + | Email/Text: ecfbnc@aldridgepite.com | Aug 02 2024 00:16:00 | Community Loan Servicing, LLC, c/o Janet M. Spears, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14563304 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 02 2024 00:16:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14563234 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 02 2024 00:16:00 | Credit Acceptance, P.O. Box 5142, Southfield, MI 48086-5142 |
| 14563235 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Aug 02 2024 00:17:00 | Freedeom Credit Union, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14563236 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Aug 02 2024 00:17:00 | Freedom Credit Union, 10400 Drummond Road, Philadelphia, PA 19154-3895 |
| 14565735 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 02 2024 00:20:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14575612 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 02 2024 00:16:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14703272 | + | Email/Text: RASEBN@raslg.com | Aug 02 2024 00:16:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC., Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14800551 | + | Email/Text: RASEBN@raslg.com | Aug 02 2024 00:16:00 | Metropolitan Life Insurance Company, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14800689 | + | Email/Text: RASEBN@raslg.com | Aug 02 2024 00:16:00 | Metropolitan Life Insurance Company, Robertson, Anschutz, Schneid,Crane & Par, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14565464 | | Email/PDF: cbp@omf.com | Aug 02 2024 00:19:29 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14724264 | ##+ | Metropolitan Life, c/o Roger Fay, Esquire, Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2024                    Signature:        /s/Gustava Winters

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 01, 2024 | Form ID: 138OBJ | Total Noticed: 27 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2024 at the address(es) listed below:**

**Name**     **Email Address**

DAVID M. OFFEN
on behalf of Debtor Don C. Williams dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor Metropolitan Life Insurance Company c/o Community Loan Servicing  LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

MICHELLE L. MCGOWAN
on behalf of Creditor Metropolitan Life Insurance Company c/o Community Loan Servicing  LLC mimcgowan@raslg.com

ROBERT MITCHELL MORRIS
on behalf of Creditor Freedom Credit Union mail@morrisadelman.com

ROGER FAY
on behalf of Creditor Metropolitan Life rfay@alaw.net  bkecf@milsteadlaw.com

ROGER FAY
on behalf of Creditor Metropolitan Life Insurance Company rfay@alaw.net  bkecf@milsteadlaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 9

*Form 138OBJ* (6/24)−doc 63 − 57

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Don C. Williams ) Case No. 20−14534−amc
)
)
Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 1, 2024                                                        For The Court

                                                                                                                                      Timothy B. McGrath
                                                                                                                                      Clerk of Court